# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UVONNE RICHARDS | § | |
| | § | |
| v. | § | Case No. 2:14-CV-647-JRG-RSP |
| | § | |
| COVIDIEN, LP | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by Magistrate Judge Payne on March 10, 2015 (Dkt. No. 25) regarding Covidien, LP's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 7, "Motion to Dismiss"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS **ORDERED** that Covidien, LP's Motion to Dismiss is **DENIED**.

**So ORDERED and SIGNED this 29th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE